UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DALLAS PESOLA,

                          Plaintiffs,

        -against-

THE CITY OF NEW YORK, NYPD DEPUTY
INSPECTOR EDWARD WINSKI, NYPD LIEUTENANT
FRANK VIVIANO, Patrol Boro Manhattan South Task
Force, and NYPD Officer DOES 1-7,

                          Defendants,

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

**15 cv 1917 (PKC)**

        **PLEASE TAKE NOTICE** that upon the Declaration of Andrew Lucas, dated August 21, 2015, the exhibits annexed thereto, the accompanying Memorandum of Law, dated August 21, 2015, and all pleadings and proceedings previously had herein, Defendants City of New York, Inspector Winski, and Lieutenant Viviano, will move before the Honorable P. Kevin Castel, on August 21, 2015, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York for an Order pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint against Defendants for Plaintiff's failure to state a claim upon which relief can be granted and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE,** that pursuant to the Court's July 17, 2015 order, docket entry [17], any opposition must be filed by September 18, 2015. Reply papers must be filed by October 2, 2015.

Dated:       New York, New York
               August 21, 2015

ZACHARY CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2373


By: _____/s/_____
    Andrew Lucas
    Joy Anakhu
    Suzanne Aribakan
    Assistant Corporation Counsel
    Special Federal Litigation Division


TO:    The Honorable P. Kevin Castel
        United States District Judge
        Southern District of New York
        500 Pearl Street
        New York, NY 10007

        Paul L. Mills, Esq.
        Park West Finance Branch,
        PO Box 20141
        New York, NY 10025